```
USDC SDNY
DOCUMENT
ELECTRONICALLYFILED
DOC#: _____
DATE FILED: 12-27-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

        -against-

AMIR BECOVIC,

                Defendant.

------------------------------------------------------------------- x

20 CR 660 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is set for **January 12, 2023** at **12:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            December 27, 2022

                              **ANDREW L. CARTER, JR.**
                              **United States District Judge**