```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-4-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                              Plaintiff,

      -against-

AMIR BECOVIC,

                              Defendant.

-------------------------------------------------------------------- x

20 CR 660 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    The Change of Plea Hearing set for January 12, 2023 is rescheduled to January 10, 2023 at 3:30 p.m.

SO ORDERED.

Dated:    New York, New York
            January 4, 2023

                                                          _____
                                                             ANDREW L. CARTER, JR.
                                                              United States District Judge