```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-12-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

               Plaintiff,

    -against-                           20 CR 660 (ALC)

AMIR BECOVIC,                             **ORDER**

               Defendant.
-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    The Change of Plea Hearing set for January 10, 2023 is adjourned to **January 27, 2023** at **2:00 p.m.**

SO ORDERED.

Dated:    New York, New York
             January 10, 2023

                                                        _____
                                                         ANDREW L. CARTER, JR.
                                                         United States District Judge