```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-8-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America,

                                **ORDER**

                                20-CR-660 (ALC)

        -against-

Amir Becovic,

----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    The sentencing scheduled for May 30, 2023 is adjourned to **June 15, 2023** at **2:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
         May 8, 2023

                                _____
                                ANDREW L. CARTER, JR.
                                UNITED STATES DISTRICT JUDGE