USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-9-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America,

                                                                                   **ORDER**
                                                                                  20-CR-660 (ALC)

              -against-

Amir Becovic,
----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

      Due to a conflict on the Court's calendar, the sentencing scheduled for June 15, 2023 is adjourned to **June 22, 2023** at **2:00 p.m.**

      SO ORDERED.

Dated: New York, New York
       June 9, 2023

                                                        _____
                                                      ANDREW L. CARTER, JR.
                                                      UNITED STATES DISTRICT JUDGE