

MEMO ENDORSED

**Joseph Mure Jr. & Associates**
Attorneys at Law
Office: 718.852.9100
Fax: 718.797.5554
joemurejr@aol.com

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-26-23

115-06 Beach Channel Drive
Suite 102
Rockaway Park, NY 11694

26 Court Street
Suite 708
Brooklyn, NY 11242

July 13, 2023

Honorable Judge Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: U.S.A. v. Amir Becovic
Docket No, 20-CR-00660-013 (ALC)

Dear Judge Carter,

As you are aware, our offices represent the above referenced Mr. Amir Becovic.

Mr. Becovic was sentenced on June 22, 2023 and we hereby seek the return of his passport.

We have contacted A.U.S.A. David Felton and Pre-Trial Services, Officer Dominique Jackson concerning this request.

It is respectfully requested that said passport be returned to Mr. Amir Becovic.

Thank you for any consideration you may give to this request.

Sincerely,

JOSEPH MURE, JR., ESQ.

SO ORDERED:

_____   7-26-23
HON. ANDREW L. CARTER, JR.